

# Fourth Court of Appeals
## San Antonio, Texas

April 16, 2014

No. 04-12-00500-CR

Chadwick Benjamin a/k/a Chad Anthony **BENJAMIN**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 396th District Court, Tarrant County, Texas
Trial Court No. 1239333D
The Honorable George William  Gallagher, Judge Presiding

### O R D E R

On September 25, 2013, this court issued an opinion affirming the trial court's judgment. Appellant thereafter filed a petition for discretionary review with the Court of Criminal Appeals.  On March 12, 2014, the Court of Criminal Appeals refused appellant's petition for discretionary review. The mandate issued on April 10, 2014.  On April 14, 2014, appellant filed a *pro se* motion in this court requesting access to, or a free copy of, the appellate record for purposes of appealing the refusal of his petition for discretionary review.

An indigent appellant's right to obtain a free copy of the appellate record in connection with an initial direct appeal does not extend to discretionary review by the Texas Court of Criminal Appeals.  TEX. R. APP. P. 20.2; *Ex parte Trainer*, 181 S.W.3d 358, 358-59 (Tex. Crim. App. 2005). The Court of Criminal Appeals has held that even though an appellant has the right to file a petition for discretionary review, there is no constitutional or statutory requirement that the record be provided to appellant at no cost for purposes of preparing and filing a *pro se* petition for discretionary review.  *Trainer*, 181 S.W.3d at 359.  This principle extends to the filing of a *pro se* motion for rehearing of the refusal of a petition for discretionary review.  *See* TEX. R. APP. P. 79.  Under *Trainer*, we have no choice but to deny appellant's motion.  Accordingly, appellant's motion is DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court